**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**MEDFORD DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **1:25-cr-00228-MTK** |
| **v.** | **SUPERSEDING MISDEMEANOR INFORMATION** |
| **JAMES PAUL STALLARD,** | **36 C.F.R. § 261.5(a)** |
| **Defendant.** | |

**THE UNITED STATES ATTORNEY CHARGES:**

**<u>COUNT 1</u>**
**(Throwing an Ignited Substance)**
**(36 C.F.R. § 261.5(a))**

On or about July 15, 2023, in the District of Oregon, defendant **JAMES PAUL STALLARD**, did carelessly and negligently throw and place an ignited substance or other substance that might cause a fire on lands owned, controlled, and leased by the United States;

\ \ \

\ \ \

\ \ \

In violation of Title 36, Code of Federal Regulations, Section 261.5(a).

Dated: January 7, 2026

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

s/ *John C. Brassell*
JOHN C. BRASSELL
Assistant United States Attorney