Devin D. Huseby, OSB #083670
Devin_Huseby@fd.org
Assistant Federal Public Defenders
15 Newtown Street
Medford, Oregon 97501
(541) 776-3630 Telephone
(541) 776-3624 Facsimile

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES PAUL STALLARD,<br><br>Defendant | No. 1:25-cr-00228-MTK-1<br><br>PETITION TO ENTER PLEA OF GUILTY, CERTIFICATE OF COUNSEL, AND ORDER ENTERING PLEA |

The defendant represents to the court:

1. My name is James Stallard. I am 21 years old. I have a GED.

2. My attorney is Devin D. Huseby.

3. My attorney and I have discussed my case fully. I have received a copy of the Superseding Information. I have read the Superseding

Information, or it has been read to me, and I have discussed it with my attorney. My attorney has counseled and advised me concerning the nature of the charge, any lesser-included offense(s), and the possible defenses that I might have in this case. I have been advised and understand that the elements of the charges alleged against me to which I am pleading "GUILTY" are as follows:

- Carelessly or negligently throwing or placing any ignited substance or other substance that may cause a fire on lands owned, controlled, or leased by the United States.

I have had a full and adequate opportunity to disclose to my attorney all facts known to me that relate to my case. I understand that the Court may ask whether I am satisfied with the advice I have received from my attorney.

4. I know that if I plead "GUILTY," I will have to answer any questions that the judge asks me about the offenses to which I am pleading guilty. I also know that if I answer falsely, under oath, and in the presence of my attorney, my answers could be used against me in a prosecution for perjury or false statement.

5. I am not under the influence of alcohol or drugs. I am not suffering from any injury, illness or disability affecting my thinking or my ability to reason. I have not taken any drugs or medications within the past seven (7) days that negatively impact my thinking or ability to reason.

6. I understand that conviction of a crime can result in consequences in addition to imprisonment. Such consequences may include the loss of the privilege to engage in certain occupations licensed by the state or federal government.

7. I know that I may plead "NOT GUILTY" to any crime charged against me and that I may persist in that plea if it has already been made. I know that if I plead "NOT GUILTY," I am guaranteed:

a. The right to a speedy and public trial before a judge, during which I will be presumed to be innocent unless and until I am proven guilty by the government beyond a reasonable doubt;

b. The right to have the assistance of an attorney at all stages of the proceedings;

c. The right to use the power and process of the court to compel the production of evidence, including the attendance of witnesses in my favor;

d. The right to see, hear, confront, and cross-examine all witnesses called to testify against me;

e. The right to decide for myself whether to take the witness stand and testify, and if I decide not to take the witness stand, I understand that no inference of guilt may be drawn from this decision; and

f. The right not to be compelled to incriminate myself.

8. I know that if I plead "GUILTY" there will be no trial, and that I will not be able to appeal from the judge's denial of any pretrial motions I may have filed concerning matters or issues not related to the court's jurisdiction.

9. In this case I am pleading "GUILTY" under Rule 58(c). My attorney has explained the effect of my plea to be as follows:

> The Court will give me the opportunity to present mitigation prior to imposing sentence and the Court will then determine the sentence.

10. I know the maximum sentence which can be imposed upon me for the crime to which I am pleading guilty is a maximum of six months' imprisonment and a fine of $5,000.

11. I know that the judge, in addition to any other penalty, will order a special fee assessment as provided by law in the amount of $10.

12. I know that if I am ordered to pay a fine, and I willfully refuse to pay that fine, I can be returned to court, where the amount of the unpaid balance owed on the fine can be substantially increased by the judge and I can be imprisoned.

13. I know the sentencing judge, in determining the particular sentence to be imposed, must consider those factors set forth in Title 18, United States Code, Section 3553(a), including, but not limited to: the nature and circumstances of the offense, my own history and characteristics, and the goals

of sentencing (punishment, deterrence, protection, and rehabilitation). If I also know that a judge may not impose a sentence greater than the maximum sentence referred to in paragraph (10) above.

14. I know from discussion with my attorney that, under the Federal Sentencing Guidelines, if I am sentenced to prison I am not entitled to parole. Because the statutory maximum is six months, I am not entitled to good time sentence reductions if I am sentenced to jail.

15. I know that in addition to or in lieu of any other penalty, the government will be seeking a restitution order for payments to any victim of the offense to which I plead guilty. I am also informed that, for certain crimes of violence and crimes involving fraud or deceit, it is mandatory that the judge impose restitution in the full amount of any financial loss or harm caused by an offense. I am informed that the charge to which I am pleading guilty does not require mandatory restitution and that my attorney will be seeking to avoid or reduce any restitution order. If a restitution order is imposed, the victim can use the order of restitution to obtain a civil judgment lien. A restitution order can be enforced by the United States for up to twenty (20) years from the date of my release from imprisonment, or, if I am not imprisoned, twenty (20) years from the date of the entry of judgment. If I willfully refuse to pay restitution as ordered, a judge may resentence me to any sentence which could originally have been imposed.

16. On any fine or restitution in an amount of $2,500 or more, I know that I may be required to pay interest unless that fine or restitution is paid within fifteen (15) days from the date of the entry of judgment.

17. If I am on probation, parole, or supervised release in any other state or federal case, I know that by pleading guilty in this court my probation, parole or supervised release may be revoked and I may be required to serve time in that case, which may be consecutive, that is, in addition to any sentence imposed on me in this court.

18. If I have another case pending in any state or federal court, I know that my Petition in this case does not, in the absence of an express and written agreement, apply to my other cases, and that I can be faced with consecutive sentences of imprisonment.

19. My plea of "GUILTY" is not based on a Plea Agreement that I have made with the prosecutor.

21. My plea of "GUILTY" is not the result of force, threat, or intimidation.

22. I hereby request that the judge accept my plea of "GUILTY" to the following count: Count 1 of the Superseding Information.

23. I know that the judge must be satisfied that a crime occurred and that I committed that crime before my plea of "GUILTY" can be accepted. With

respect to the charge to which I am pleading guilty, I represent that I did the following acts and that the following facts are true:

- On or about July 15, 2023, in the District of Oregon, I lit a firework on lands managed by the U.S. Forest Service. The firework started a fire and despite my best efforts to extinguish it, I was unable to do so on my own.

25. I offer my plea of "GUILTY" freely and voluntarily and of my own accord and with a full understanding of the allegations set forth in the Superseding Information, and with a full understanding of the statements set forth in this Petition and in the Certificate of my attorney that is attached to this Petition.

SIGNED by me after a discussion with my attorney, after reading (or having had read to me) all of the foregoing pages and paragraphs of this Petition on this 9 day of April, 2026.

James Paul Stallard
Defendant

CERTIFICATE OF COUNSEL

The undersigned, as attorney for defendant James Paul Stallard hereby certifies:

1. I have fully explained to the defendant the allegations contained in the Superseding Information in this case, any lesser-included offense(s), and the possible defenses which may apply in this case.

2. I have personally examined the attached Petition To Enter Plea of Guilty And Order Entering Plea, explained all its provisions to the defendant, and discussed fully with the defendant all matters described and referred to in the Petition.

3. I have explained to the defendant the maximum penalty and other consequences of entering a plea of guilty described in paragraphs (6)-(20) of the Petition.

4. I recommend that the Court accept the defendant's plea of "GUILTY."

SIGNED by me in the presence of the above-named defendant, and after full discussion with the defendant of the contents of the Petition To Enter Plea of Guilty, on this 7th day of April, 2026.

Devin D. Huseby
Attorney for Defendant

ORDER ENTERING PLEA

I find that the defendant's plea of GUILTY has been made freely and voluntarily and not out of ignorance, fear, inadvertence, or coercion. I further find the defendant has admitted facts that prove each of the necessary elements of the crimes to which the defendant has pled guilty.

IT IS THEREFORE ORDERED that the defendant's plea of GUILTY be accepted and entered as requested in this Petition and as recommended in the Certificate of defendant's attorney.

DATED this 9 day of April, 2026, in open court.

________________________________

The Honorable Mustafa T. Kasubhai
United States District Judge