UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**JAMES PAUL STALLARD,**<br><br>**Defendant.** | **Case No. 1:25-cr-00228-MTK**<br><br>**JOINT STIPULATION OF DAMAGES** |

## JOINT STIPULATION OF DAMAGES

This Joint Stipulation is entered into by and between the United States of America, represented by the United States Attorney's Office, and James Paul Stallard, the defendant in the above-captioned case.

Based on the final figures submitted for restitution, the parties agree that the final damages figure is **$63,784,699.69**. This agreement is only as to the calculation of damages caused by the wildfire at issue in this case that was ignited by the defendant's firework and does not represent an agreement by the defendant that defendant should be ordered to pay this amount in restitution.

Dated: November 4, 2026

| **On behalf of the United States** | **On behalf of the Defendant** |
|---|---|
| s/ *Melissa E. Leritz* | Devin Huesby |
| Melissa E. LeRitz | Devin Huesby |
| November 4, 2026 | November 4, 2026 |
| Date | Date |