Devin Huseby, OSB #083670
Assistant Federal Public Defender
Devin_Huseby@fd.org
15 Newtown Street
Medford, OR 97501
Tel: (541) 776-3630

Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JAMES PAUL STALLARD,<br>Defendant. | Case No. 1:25-cr-00228-MTK-1<br><br>DEFENDANT'S SENTENCING MEMORANDUM<br><br>November 12, 2026 at 10:00 a.m. |

James Stallard faces sentencing for negligently throwing an ignited substance on lands controlled by the United States in violation of 36 C.F.R. §261.5(a). When he was 18 years old, Mr. Stallard lit a firework at the Oak Flat Campground in Agness, Oregon and accidentally started a wildfire. The government is seeking tens of millions of dollars in restitution.

The government's request for restitution is flawed in two respects. First, restitution is not statutorily authorized for the offense of conviction. Second, in the government's view, Mr. Stallard alone is to blame for that fire. He is not. Rather, this fire, like the many we now deal with every fire season, was largely the product of climate change, which has been supercharged by this very government's actions in order to benefit wealthy fossil fuel oligarchs. We are requesting that Mr. Stallard be sentenced to pay a $500 fine, the maximum allowed by statute.

**Factual background**

On July 15, 2023, at approximately 5:50 PM, Mr. Stallard was at the Oak Flat Campground near Agness, Oregon with family and friends when he lit a firework similar to an M-80. After it exploded, Mr. Stallard checked to ensure that the firework had not started a fire and did not observe any signs of fire. However, a few minutes later, Mr. Stallard noticed smoke coming from the area where the firework had exploded and a fire began to quickly grow. Mr. Stallard attempted to extinguish the fire with water from a nearby cooler, with beverages from the cooler, and by stomping on it with his boots until his boots began to melt. Mr. Stallard was unable to extinguish the fire. He then attempted to call 911 to alert emergency

services but did not have cell phone reception at the campground. He left the scene in his vehicle to get help and promptly returned when he saw firetrucks responding. Unfortunately, the fire grew out of control and became the Flat Fire. It burned approximately 34,000 acres. Much of the fire burned in the Biscuit Fire scar, which consumed almost 500,000 acres in 2002, and the Klondike Fire scar, which burned more than 175,000 acres in 2018.

**Restitution is not authorized by statute, and the sentencing guidelines are inapplicable to this petty offense.**

Because the offense to which Mr. Stallard pleaded guilty is a petty offense and a violation of a federal regulation, rather than a statute, the sentencing factors listed in 18 U.S.C. 3553(a) are inapplicable and there are no sentencing guidelines. Pursuant to 16 U.S.C. § 551, the maximum penalty is a fine of $500 or up to six months imprisonment or both. Section 551 does not authorize an order of restitution.

"A federal court has no inherent power to order restitution." *United States v. Hicks*, 997 F.2d 594, 600 (9th Cir. 1993) (quoting *United States v. Casamento,* 887 F.2d 1141, 1177 (2d Cir.1989), *cert. denied,* 493 U.S. 1081, (1990); *and citing United States v. Keith,* 754 F.2d 1388, 1391 (9th Cir.), *cert.*

*denied,* 474 U.S. 829 (1985); *United States v. Elkin,* 731 F.2d 1005, 1010 (2d Cir.), *cert. denied,* 469 U.S. 822 (1984). "The court's otherwise broad discretion to determine the punishment to be imposed on a defendant is circumscribed by the sentencing limitations imposed by statute." *Id.* (*quoting Elkin,* 731 F.2d at 1010).

A court's power to order restitution can come from either the specific offense of conviction or from the more general restitution powers contained in 18 U.S.C. § 3663. *Id.* Section 3663 does not authorize restitution in every case or for every offense. Rather, § 3663 enumerates the offenses for which restitution is authorized and provides that a court "may order, in addition to or, in the case of a misdemeanor, in lieu of any other penalty authorized by law, that the defendant make restitution to any victim" for offenses under title 18, "section 401, 408(a), 409, 416, 420, or 422(a) of the Controlled Substances Act (21 U.S.C. 841, 848(a), 849, 856, 861, 863) . . . or section 5124, 46312, 46502, or 46504 of title 49." Section 3663A(c) makes that restitution mandatory for certain offenses covered by § 3663 and further broadens the offenses for which restitution is available beyond those listed in § 3663 by adding restitution under section 3 of the Rodchenkov Anti-Doping Act of 2019.

As noted above, the statutory authority for 36 C.F.R. §261.5(a) is 16 U.S.C. § 551. That statute provides no authority for a court to order restitution and moreover does not fall within the enumerated offenses in §§ 3663 or 3663A for which restitution may be ordered. In addition to the offenses listed in § 3663 and § 3663A, "the government can avoid restitution problems in the way it . . . reaches plea agreements." *United States v. Mendenhall*, 945 F.3d 1264, 1269 (10th Cir. 2019). There is no plea agreement in this case.

As restitution is not specifically authorized by statute, the government is seeking restitution in accordance with 18 U.S.C. § 3563(b)(2). Section 3563(b) provides:

> The court may provide, as further conditions of a sentence of probation, to the extent that such conditions are reasonably related to the factors set forth in section 3553(a)(1) and (a)(2) and to the extent such deprivations of liberty or property as are reasonably necessary for the purposes indicated in section 3553(a)(2), that the defendant— . . . (2) make restitution to a victim of the offense under section 3556 (but not subject to the limitation of section 3663(a) or 3663A(c)(1)(A)).

Under 18 U.S.C. § 3563(b)(2), restitution may be imposed as a condition of probation even when §§ 3663 and 3663A do not otherwise authorize an order of restitution. The restitution then expires after the term of probation is concluded. However, pursuant to 18 U.S.C. § 3551, the provisions of Chapter

227, including §§ 3553, 3556, and 3563 apply to "a defendant who has been found guilty of an offense described in any Federal statute." As noted above, Mr. Stallard pleaded guilty to a petty offense under 36 C.F.R. §261.5(a). He has not been found guilty of violating "an offense described in any Federal statute," but rather of violating a federal regulation. Therefore, the provisions of 18 U.S.C. § 3563(b)(2) are inapplicable to this case. As such, restitution may not be lawfully imposed even as a condition of probation.

**Neither substantial restitution nor imprisonment is a just outcome in this case.**

To the extent this Court determines that restitution is allowable, the government's request for tens of millions of dollars is inappropriate as it fails entirely to take into account the climate in which this fire was accidentally started and who is responsible for creating that climate. For the same reason, a term of incarceration is unwarranted.

Mr. Stallard did not intend to start the fire and actively tried to put it out once he had. He was doing what many teenagers have done, particularly in rural areas, for the past many decades. He was using fireworks during the time frame surrounding the Fourth of July. The differences between Mr. Stallard and other teens doing the same thing are bad luck and climate

change. However, with respect to climate change, it is not sufficient to simply note that teenagers should not be lighting fireworks any longer and that it is common knowledge climate change has taken away this childhood diversion. After all, significant portions of our population are told that climate change is a hoax. And they are told this by people in authority, most notably, our president. It is also important to explore how we got here because it was not inevitable, but rather it is because of choices we have made: in particular, choices made by our elected representatives at the behest and for the benefit of fossil fuel oligarchs. Mr. Stallard is a scapegoat for their choices.

The science unlocking our understanding of climate change is constantly developing but it is not new. Rather, we have known about anthropogenic climate change for well over a century and alarm bells have been sounding for many decades. Early climate science began in the late 1700s. By the late 1800s, a basic understanding of anthropogenic climate change had taken shape. "[I]n 1896 (the same year Henry Ford built his first car), a Nobel Prize-winning Swedish chemist named Svante Arrhenius published new research on global warming . . . driven by changes in atmospheric $CO_2$." John Vaillant, *Fire Weather: A True Story from a Hotter*

*World* (2023) at 240. "Arrhenius determined that a 50 percent increase in $CO_2$ from the 1890s levels would raise the mean surface temperature of Earth by roughly 6°F. Considering that climate modeling did not exist then, his calculations were astonishingly accurate. He even foresaw that the warming effects of increased $CO_2$ would vary depending on latitude, a fact now painfully clear to those of us living at higher altitudes." *Id.*

Carbon dioxide, and other greenhouse gases, work to heat the atmosphere by absorbing thermal radiation and trapping heat, much like the glass on a greenhouse. As Dr. Emily Williams explains:

> Climate change is primarily due to the emission of greenhouse gases (GHGs) by human activities1. The primary gases are carbon dioxide (CO2) and methane (CH4); while CH4 is a more 'potent' GHG, CO2 emissions are much larger, hence are the source of most climate change to date. As of 2025, global concentrations of CO2 reached ~425 parts-per-million (ppm), 53% above preindustrial levels. These gases effectively 'trap' extra energy in earth's atmosphere: shortwave radiation (i.e. that coming directly from the sun) is able to pass through these gases, but longwave radiation (i.e. the radiation that gets re-emitted by the earth's surface) gets trapped by these gases. This translates into extra heat.

Ex. 1 at 3.

Human behavior works to release $CO_2$ and other greenhouse gases through the combustion of fossil fuels. Those fuels are the remnants of ancient life on earth. "According to the energy historian Vaclav Smil, every

gallon of gasoline represents roughly one hundred tons of marine biomass, principally algae and phytoplankton, that has gone through an inconceivably long crushing, cooking, and curing process deep underground." Vaillant at 62. "All those distilled plants were grown by the same sun that grows our food today, so what we're burning is, in essence . . . ancient, super-concentrated solar energy." *Id.* at 63. "[N]early all" greenhouse gas emissions have occurred since 1950 and "42% of all historical GHG emissions occurred between 1990 and 2019". Ex. 1 at 3. The United States "has been the largest cumulative emitter since 1917." *Id.*

On March 8, 1956, Roger Revelle, the director of the Scripps Institution of Oceanography, presented the first testimony to the U.S. Congress on anthropogenic climate change. *Id.* at 248. He was "called before the House Committee on Appropriations" where he testified:

> Human beings during the next few decades may, almost in spite of themselves, be doing something that will have a major effect on the climate of the earth . . . I refer to the combustion of coal, oil, and natural gas by our worldwide civilization, which adds carbon dioxide to the atmosphere. In this way we are returning to the air and the sea the carbon stored in sedimentary rocks over hundreds of millions of years. . . . If all this carbon dioxide stays in the atmosphere, it will certainly affect the climate of the earth, and this may be a very large effect. The slight general warming that has occurred in northern latitudes during recent decades may be greatly intensified.

*Id.*

A representative from Texas was already familiar with climate science and referenced the work of Dr. Laurence Gould who had noted that climate change could result in sea level rise such that "Florida might become inundated." *Id.* at 249. "There was no such thing as 'climate denial' then, and there were no 'climate skeptics.' Those present . . were open-minded about his alarming new information, and they discussed it with intelligent interest." *Id.* at 250.

In fact, at that time, fossil fuel corporations were conducting and funding some of the best climate science.

> Across the industry, fossil fuel producers took this warning seriously. In 1966, the president of the Bituminous Coal Research, Inc. issued his own alert in the August issue of the Mining Congress Journal: There is evidence that the amount of carbon dioxide in the earth's atmosphere is increasing rapidly as a result of the combustion of fossil fuels . . . the temperature of the earth's atmosphere will increase and that vast changes in the climates of the earth will result.

*Id.* at 263-64.

In 1967, the American Petroleum Institute commissioned its own study from the Stanford Research Institute which concluded that the increasing atmospheric CO2 was "all but certain to be negative and potentially disastrous." *Id.* at 264; *see also* Ex. 1 (explaining that in the

1950s and 1960s, the API was conducting climate research). James Black, a senior science advisor at Exxon wrote in 1978 in a packet of documents to the vice president of Exxon's Research and Engineering Company that: "Present thinking holds that man has a time window of five to ten years before the need for hard decisions regarding changes in energy strategies might become critical." *Id.* at 266. An in-house Exxon memo from 1982 noted that "once the effects are measurable, they might not be reversible and little could be done to correct the situation in the short term. Therefore, a number of environmental groups are calling for action now to prevent an undesirable future situation from developing." *Id.* at 267.

Shortly thereafter, the fossil fuel industry realized that the action environmental groups were calling for might be good for the planet, but would not be healthy for shareholder profits. In 1984, the American Petroleum Institute disbanded its CO2 and Climate Task Force. *Id.* at 270. After blockbuster testimony before Congress in 1988 regarding the dangers of anthropogenic climate change from NASA scientist James Hansen, the API, joined by dozens of fossil fuel companies, formed the Global Climate Coalition "[a]dopting the tobacco industry's playbook" and started work to

undermine public trust in climate science and began investing heavily in lobbying politicians to prevent governmental regulation. *Id.* at 271.

> Since 1988, when James Hansen testified before Congress and 'global warming' began its slow journey into household vocabulary (and partisan politics), the world has changed enormously: more than 3 billion people have been added to the population; atmospheric CO2 has increased from 350 ppm to over 420 ppm; sea level rise is occurring in real time; the temperature and chemistry of the oceans is changing as fast as the atmosphere; and the human experience of seasons and their attendant weathers is in a state of dramatic flux. One among many ways to quantify these changes is through fire behavior: now, virtually every year, on every continent where *anything* grows, records are being broken for ambient temperature as well as for acres burned.

*Id.* at 272-73

We are now seeing more fires burning at greater intensity in more places. Greenland had its first ever wildfire in 2017, "a stunning development given that Greenland is treeless and frozen solid save for tenuous patches of tundra and the coastal margins of the ice cap." *Id.* at 306. Anthropogenic climate change has "caused over half of the documented increases in fuel aridity since the 1970s and doubled the cumulative forest fire area since 1984." John T. Abatzaglou & A. Park Williams, *Impact of anthropogenic climate change on wildfire across western US forests*, 113 Proceedings of the National Academy of Sciences 11770, 11770 (2016); Ex.

1 at 6. The increases in fuel aridity are estimated to have added over 10 million acres of forest fire area in the United States between 1984 and 2015. *Id*. The area burned is increasing at a dramatic rate. As the Court reads this memo, more than two and a half million acres of Oregon have burned this year, a record. In fact, it appears we are running out of names for new fires as the Second Flat Fire consumed over 100,000 acres this summer.

This increase is explained by an understanding of the "ingredients" necessary for a wildfire.

> Three of these ingredients are of particular relevance here (as they can each be affected by climate change): (1) fuel load and aridity, (2) fire weather, and (3) ignitions. Each of these ingredients are necessary but insufficient conditions, in that you need each ingredient for fire activity but on its own will not lead to meaningful fire activity:
>
> 1. Fuel load and aridity: Even if there is an ignition source, hot and windy conditions, and open terrain, if there is either no biomass present or the biomass is too wet, the fire will not burn.
>
> 2. Fire weather: If there is an ignition source, ample dry fuels, and open terrain, a fire can burn, but without fire weather (i.e. hot, dry, windy), fire spread will be slow, thus enabling easy fire suppression efforts.
>
> 3. Ignitions: If there are ample dry fuels, fire weather, and open terrain, without an ignition source, there will be no fire. Conversely, if there is an ignition source, but there are no dry fuels, that source may not lead to an ignition.

> Thus, for a large fire, there is never just one cause; instead, there are multiple causes. The inverse is also true, in that there are plenty of scenarios where one to two potential causes are present, but there is no outcome (i.e. no meaningful fire activity).

Ex. 1 at 4.

Western Oregon has been "a *flammability-limited* region." Ex. 1 at 5. It is an area "where there is ample fuel, but historically fuel moisture has been too high to support fire." *Id. However*, "increases in fuel aridity can lead to increased fire activity." *Id.* Climate change has shifted the balance in Oregon and across the American West. "[C]limate change has increased seasonal average temperatures and extreme temperatures, as well as the frequency with which hot events co-occur with dry events. Climate change has also increased atmospheric evaporative demand, or the 'thirstiness' of the air." *Id.* (citations omitted).

It is in this context that the Flat Fire burned. As noted by Dr. Williams:

> On the day of the ignition (July 15, 2023), maximum temperature over the extent of the resulting fire perimeter was 39.0°C (102.1°F). This was the third day of a dry heatwave: temperatures were 36.2°C, 40.6°C, and 39.0°C (97.1°F, 105.0°F, and 102.1°F) on July 13, 14, and 15, respectively, at the location of ignition, and [vapor pressure deficit] elevated well above the normal range for July for this region. Note, climatological July values (specifically, average July values over 1979-2025) in this area are 31.8°C (89.2°F). Thus, temperatures were substantially

> elevated during the days leading up to the fire. Furthermore, both 100-hour and 1000-hour fuel moisture were anomalously low leading up to the fire.

Ex. 1 at 7.

In this context, it is unjust to incarcerate Mr. Stallard or require him to pay for the costs of the Flat Fire. Absent government-sponsored anthropogenic climate change, it is not at all clear that the fire would have ignited or burned out of control. As Dr. Williams notes, "absent climate change, it is possible the ignition source would not have been a successful ignition" and even if it had been, Mr. Stallard's efforts to put out the fire "could have been successful." *Id.* at 10.

In some sense, we all share responsibility for climate change. Mundane activities like driving to work, heating or cooling our homes, or using the internet all result in carbon emissions. "[B]y Google's own count, we put about two thousand tons of carbon dioxide into the atmosphere every day with our Web searches alone." Timothy Snyder, *On Freedom,* 2024 at 173. "[E]very query to the programs now termed 'artificial intelligence' burns about ten times as much as every Web search." *Id.* Although we all bear some responsibility, we do not share in that responsibility equally. Rather, our government and its corporate sponsors own the lion's share of that blame.

> Despite decades of repeated, informed warnings, large, for-profit companies, together with their host (and sometimes captive) governments, have persisted in promoting and financing fossil fuels while downplaying the consequences. In so doing, the energy business, in conjunction with elected officials and the wealthiest 10 percent of the population has mortgaged the atmosphere. . . As the Penn State climate scientist Michael Mann put it, 'The vast proportion of historic greenhouse gases have been emitted as the by-products of the choices and activities, not of the masses of ordinary people, but rather of the wealthy minority of the world's population . . . It's a very specific part of humanity that has created these problems.'

Vaillant at 311-312.

As the Ninth Circuit noted in *Juliana v. United States*, "the federal government has long promoted fossil fuel use despite knowing that it can cause catastrophic climate change, and that failure to change existing policy may hasten an environmental apocalypse." 947 F.3d 1159, 1164 (9th Cir. 2020). The government's contributions to climate change are "not simply a result of inaction," but based on its affirmative promotion of fossil fuel extraction and usage through subsidies, tax provisions, and other financial benefits. *Id.* at 1167. Our government has actively promoted the climate disaster unfolding before our eyes. According to a 2019 International Monetary Fund report, "Americans contributed more than $2,000 per person" in subsidies "to the fossil fuel industry in 2015 alone." Vaillant at 42.

As Yale historian Timothy Snyder writes in *On Freedom*:

> We still treat the interests of the fossil oligarchs as more important than the freedom and security of everyone else. We still dig up the remains of ancient life and burn them. We are still consuming the energy left behind by hundreds of millions of years of life and in doing so, we are accelerating the end of our own kind of life. We need solar panels, wind power, and miniature stars: fusion reactions on earth. Fusion could create essentially unlimited energy without greenhouse gas emissions.

Snyder at 247.

However, we have not invested in alternative energy sources with any urgency.

> Shockingly, global investment in fusion is less than one percent of global subsidies for fossil fuels, which as I write, amount to about $7 trillion a year. This balance sheet is a suicide note. It is perhaps the strangest thing about us . . . My lifetime is a half-century of failure. We have known for my entire life that climate change threatens the survival of the species. I was born a few weeks after the Apollo mission put a man on the moon. Had we treated climate change with the same seriousness as lunar exploration, we would have solved it long ago.

Snyder at 171, 174.

During the past twenty months, the government's efforts to support fossil fuels (and catastrophic climate change) have kicked into high gear. In February of this year, "President Trump announced . . . he was erasing the scientific finding that climate change endangers human health and the environment, ending the federal government's legal authority to control

pollution that is dangerously heating the planet." Lisa Friedman, *Trump Administration Erases the Government's Power to Fight Climate Change*, New York Times (Feb. 12, 2026) *available at* https://www.nytimes.com/2026/02/12/climate/trump-epa-greenhouse-gases-climate-change.html. The president said the repealed finding that greenhouse gases are harmful "had no basis in fact," called climate change a "hoax" and regulations of fossil fuels the "Green New Scam." *Id*. In June, the Trump administration initiated efforts "to shrink public comment periods for fossil fuel leasing on federal land while shifting the financial risks of cleanup to taxpayers and allowing for more planet-warming emissions." Dharna Noor, *Trump officials to slash public input on fossil fuel drilling on federal lands*, The Guardian, (June 29, 2026) *available at* https://www.theguardian.com/us-news/2026/jun/29/fossil-fuel-federal-lands-public-input. Just last month, President Trump announced that the government was "'terminating' a . . . rule that aimed to cut planet-warming emissions of methane from oil and gas drilling." The Associated Press, *Trump says he's ending restrictions on climate-warming methane from oil drilling*, NPR, (October 28, 2026) *available at* https://www.npr.org/2026/10/28/g-s1-150299/trump-methane-restrictions

According to the administrator of the Environmental Protection Agency, the rule "would have cost $18 billion and was holding back the U.S. energy industry." *Id.* At the time the rule was initiated, it "was projected to yield $98 billion in benefits" to the American people by reducing the "'social costs' of greenhouse gas emissions on public health and the environment." *Id.*

In addition to promoting fossil fuels, the government has worked hard to stymie the development of alternative sources of energy. For instance, the "Trump administration has directly spent $2.7bn of taxpayer money on its crusade against wind power" and has "struck four deals with energy companies, paying them to cancel a total of eight offshore wind projects and pledge to invest in fossil-fuel power." Dharna Noor, *'He's forcing higher bills': Trump spends billions to kill clean energy and keep coal alive*. The Guardian (July 10, 2026) *available at* https://www.theguardian.com/us-news/2026/jul/10/bills-trump-clean-energy-coal. At the same time, "the Department of Energy announced it would spend $625m to 'expand and extend the life of' coal-fired power plants . . . [and] also set aside up to $500m from the Defense Production Act to 'expand and reinvigorate' the capacity of 13 coal plants, and to help build a coal export terminal in Oakland, California." *Id.* These decisions have had an impact. According to a United

Nations report on climate change, "[t]he U.S. sticks out as the only major economy where planet-warming pollution increased dramatically last year." Rebecca Hersher, *United Nations report highlights significant increase in U.S. climate pollution*, NPR (October 21, 2026) *available at* https://www.npr.org/2026/10/21/nx-s1-6003553/america-oil-gas-coal-climate-change-trump-carbon-emissions.

Although we do not often think of it this way, prosecutions are policy decisions. At the same time, our government's refusal to combat climate change and to subsidize the fossil fuel industry are also policy decisions. In this case, our government chose to turn our national forests into tinderboxes, deny that climate change is real, and then blame the results entirely on Mr. Stallard. In the meantime, those who turned our forests into tinderboxes, lined their pockets with billions of dollars in profit and taxpayer subsidies. They are also now benefiting from the consequences of climate change. According to a study from Oxfam:

> the richest 0.1% of the world's population are heavily invested in disaster preparedness, recovery and reconstruction – a market that is projected to grow from $70bn to $92bn a year by 2029. This gives the planet's wealthiest and most powerful people a 'double dividend' from the climate crisis and, more alarmingly, an incentive to delay or disrupt action to solve the problem . . . It also worsens global inequality as those least

> responsible for global heating end up having to pay those most responsible.

Jonathan Watts, *Super-rich get 'double dividend' from causes and costs of climate crisis, report finds*, The Guardian (October 27, 2026) *available at* https://www.theguardian.com/environment/2026/oct/27/super-rich-double-dividend-climate-crisis-oxfam.

To add insult to injury, the federal government has recently started denying emergency funding to Oregon to combat and recover from wildfires. Sophia Cossette, *Trump administration denies emergency funding for 2 Oregon* wildfires, The Oregonian (July 29, 2026) https://www.oregonlive.com/wildfires/2026/07/trump-administration-denies-emergency-funding-for-2-oregon-wildfires.html. In this case, the government has unclean hands and its deliberate actions are far more responsible for the extent of the Flat Fire than Mr. Stallard.

Mr. Stallard, at the age of 18, made a poor choice to light off fireworks. However, to suggest that he is entirely to blame for the disaster that followed that decision ignores the science of climate change, our government's role in promoting that, and the wealthy who have profited from it. As Timothy Snyder notes:

> The slower we are to react to global warming, the more dire will be the consequences, and the greater the temptation will be to

> blame those who suffer. . . Politics in catastrophic times becomes a matter of punishing the weak rather than preventing the disasters brought by the strong. That is what our extinction spiral will look like.

Snyder at 173.

**Conclusion**

We respectfully submit that neither restitution nor a term of incarceration is necessary to serve the goals of sentencing in this case, and urge this Court to impose a fine of $500.

Respectfully submitted this 4th day of November, 2026.

*/s/ Devin D. Huseby*
Devin D. Huseby
Assistant Federal Public Defender

**EXPERT REPORT**
**OF**
**EMILY L WILLIAMS, PhD**

Postdoctoral Scientist, Earth Institute
University of California Merced

October 28, 2026

Prepared for the Defendant in *United States v. James Stallard*, case no. 1:25-cr-00228-MTK

## Table of Contents

***1. Introduction & Qualifications*** ........ **2**

***2. Background*** ........ **2**

**2.1 Climate Change: A Primer** ........ **2**
Real & Human-Caused ........ 2
Sources of Emissions ........ 3

**2.2 Determinants of Burned Area** ........ **4**
The Main Ingredients ........ 4
The Influence of Fire Suppression on Fuel Loads ........ 5
The Influence of Climate Change on Fuel Aridity, Fire Weather, and Ignitions ........ 5
Fuel Aridity ........ 5
Fire weather ........ 6
Ignitions ........ 6
Observed trends in human ignitions ........ 6
Overall Effect on BA, Fire Suppression, and Recovery Costs ........ 6

***3. The Flat Fire*** ........ **7**

***4. Statement of Opinion*** ........ **10**

***5. References*** ........ **12**

***6. Appendices*** ........ **15**

# 1. Introduction & Qualifications

My name is Emily L Williams. I was retained by the defendant's attorney. I was asked to review the case materials and provide an opinion on anthropogenic climate change in relation to the 2023 Flat Fire. To do so, after reviewing the case materials, I conducted a literature review of the relevant peer-reviewed literature and leveraged meteorological data to ascertain the conditions leading up to and during the fire. I have written this report based on my own scientific expertise, and my opinions in this report are based on robust scientific research and inferences.

I am a postdoctoral scientist with the Earth Institute at the University of California, Merced. I hold a PhD in Geography from the University of California, Santa Barbara, with dual PhD emphases in *Environment and Society* and *Climate Sciences and Climate Change*. My area of expertise is in how anthropogenic climate change affects hydroclimate (largely related to drought and fire), with most of my work focused on impacts in the western United States. My expertise is also on the sources of greenhouse gas (GHG) emissions. My research involves the attribution of observed changes in hydroclimate and associated impacts to anthropogenic climate change as well as different sources of emissions. I have published more than 15 peer-reviewed papers on these topics. I have also authored synthesis documents, including having served as the lead author on the San Joaquin Valley regional report for the 5th California Climate Change Assessment. Note the affiliations provided here are for identification purposes only.

My Curriculum Vitae, including publications, is attached as Appendix A.

My fee schedule is attached as Appendix B.

# 2. Background

## 2.1 Climate Change: A Primer

Anthropogenic, or "human-caused", climate change refers to the changes to the earth's climate system which are due to human activity [1]. There are other types of climatic changes, which are collectively referred to as 'natural variability'; these changes come from internal variability arising from the climate system itself (e.g. El Nino). Hereafter, I will use the term 'climate change' as a shorthand to refer to anthropogenic climate change.

### Real & Human-Caused

It has been robustly shown with high confidence that climate change is both real and human caused[1]. Scientific consensus bodies and scientific federal agencies, such as the Intergovernmental Panel on Climate Change (IPCC), the National Academies of Science (NAS), the National Oceanic and Atmospheric Administration (NOAA), the National Aeronautics and

Space Administration (NASA), and the National Climate Assessment (before its dismantling by the federal government), all endorse the consensus. Additionally, the professional research associations that represent climate science have also endorsed the consensus (e.g., American Association for the Advancement of Science, American Geophysical Union, American Meteorological Society, U.S. National Academy of Sciences)[2].

Climate change is primarily due to the emission of greenhouse gases (GHGs) by human activities[1]. The primary gases are carbon dioxide ($CO_2$) and methane ($CH_4$); while $CH_4$ is a more 'potent' GHG, $CO_2$ emissions are much larger, hence are the source of most climate change to date. As of 2025, global concentrations of $CO_2$ reached ~425 parts-per-million (ppm), 53% above preindustrial levels[3]. These gases effectively 'trap' extra energy in earth's atmosphere: shortwave radiation (i.e. that coming directly from the sun) is able to pass through these gases, but longwave radiation (i.e. the radiation that gets re-emitted by the earth's surface) gets trapped by these gases. This translates into extra heat, which is also why we commonly measure climate change using global mean temperature rise (GMTR); between 1850–1900 and 2010–2019, GMTR was 1.07°C (likely range: 0.8°C to 1.3°C) [1], and as of 2024, GMTR was ~1.36°C [3].

## Sources of Emissions

The main sources of GHGs are fossil fuel combustion followed by land use and land cover change (LULCC) [3]. Cumulative fossil fuel emissions are ~480-500 GtC, compared to cumulative net LULCC emissions ~250 GtC [3,4]. Notably, 42% of all historical GHG emissions occurred between 1990 and 2019 [1]. Fossil fuel emissions have increased steadily since 1850 while LULCC emissions have remained relatively constant [3]: in recent years (2020-2024), global fossil fuel emissions have been ~ 10GtC/year and LULCC ~ 1GtC/year [3].

Emissions sources may be broken down even further using 'source attribution', an area of research which fundamentally an accounting exercise, by which emissions are allocated to entities as a function of their historical contributions and, sometimes, actions [5–10]. Historical emissions are important from a scientific perspective: the climate change impacts we experience today are a function of historical, cumulative emissions [1,3]. Historical emissions can be allocated to different groupings of entities, including nation-states, industrial carbon producers, and individual consumers, for example [11,12]. The choice of how to allocate emissions has been posited to be a function of causal responsibility (i.e. physical contributions to climate change via GHG emissions) and moral responsibility (i.e. the attitudes, actions, and/or omissions of an entity with regards to climate change) [13].

Beginning with causal responsibility, comparing nation-states, the US has been the largest cumulative emitter since 1917, accounting for roughly one-quarter of cumulative global fossil fuel-related emissions [3,14]. Comparing industrial producers, around 70% of industrial $CO_2$ emissions since 1854 are attributable to 122 coal, oil, gas, and cement producers and manufacturers, with nearly all of these emissions occurring after 1950 [10,15–17].

Turning to 'attitudes, actions, and omissions' [13], first, the link between fossil fuel production and climate change has been known publicly for decades. In the 1950s and 1960s, scientists employed by the American Petroleum Institute were conducting experiments, showing how

GHGs can lead to climate change, but then launched disinformation campaigns in the following decades [18–20]. Similarly, the US government has known about the science of climate change for decades, with the testimony of Dr. James Hansen to the US senate in 1988 [20]. However, the US government has largely supported activities of the fossil fuel industry [21], including subsidizing the industry and opening federal lands for fossil fuel extraction, thus allowing for additional production [22,23]. Additionally, in addition to fossil fuel and energy entities promoting climate denial, doubt, and delay [24–26], certain elected leaders have promoted climate science denial [21,27]. The federal government did regulate GHGs under the Clean Air Act, but with the recent rescinding of the 2009 Endangerment Finding—despite the clear scientific basis to the Endangerment Finding [28]—there is now no federal vehicle for the regulation of GHGs.

## 2.2 Determinants of Burned Area

### The Main Ingredients

There are several necessary yet insufficient factors that together drive fire activity and burned area. These are: (1) enough biomass to burn (i.e. 'fuel load'), (2) the biomass being dry enough to burn (i.e. 'fuel aridity'), (3) weather conditions which supports fire activity and spread (i.e. 'fire weather'), and (4) an ignition [29]. This 'switch model' highlights that it is the combination of each of these factors which allow for wildland fire to occur; when all of the switches are on, you can get a meaningful fire. Notably, this understanding maps onto another conceptual model used by the National Parks Service [30]: the wildland fire behavior triangle. The three sides of the triangle are comprised of (1) fuels (which includes both fuel availability and fuel moisture), (2) weather (i.e. fire weather), and (3) topography (i.e. slope which will enhance or diminish fire spread, presence of natural fire breaks such as rivers, etc.).

Putting these together, we can understand the main 'ingredients' that together result in fire activity. Three of these ingredients are of particular relevance here (as they can each be affected by climate change): (1) fuel load and aridity, (2) fire weather, and (3) ignitions. Each of these ingredients are necessary but insufficient conditions, in that you need each ingredient for fire activity but on its own will not lead to meaningful fire activity:

1. Fuel load and aridity: Even if there is an ignition source, hot and windy conditions, and open terrain, if there is either no biomass present or the biomass is too wet, the fire will not burn.
2. Fire weather: If there is an ignition source, ample dry fuels, and open terrain, a fire can burn, but without fire weather (i.e. hot, dry, windy), fire spread will be slow, thus enabling easy fire suppression efforts.
3. Ignitions: If there are ample dry fuels, fire weather, and open terrain, without an ignition source, there will be no fire. Conversely, if there is an ignition source, but there are no dry fuels, that source may not lead to an ignition.

Thus, for a large fire, there is never just one cause; instead, there are multiple causes. The inverse is also true, in that there are plenty of scenarios where one to two potential causes are present, but there is no outcome (i.e. no meaningful fire activity).

## The Influence of Fire Suppression on Fuel Loads

Historical fire suppression has led to high fuel loads in WUS forests, resulting in a fire deficit[31]. This high fuel load, coupled with climate change leading to increased fuel aridity, has resulted in ample, dry fuels. This historical fire suppression is a product of federal policy which historically banned traditional burning practices[32].

## The Influence of Climate Change on Fuel Aridity, Fire Weather, and Ignitions

Climate change has affected several meteorological factors which have bearing on fire activity. Across the WUS, climate change has increased seasonal average temperatures [1] and extreme temperatures [9,33,34], as well as the frequency with which hot events co-occur with dry events [35–37]. Climate change has also increased atmospheric evaporative demand, or the "thirstiness" of the air, measured both with vapor pressure deficit (VPD) and reference evapotranspiration (ETo) [3,38–41]. Atmospheric evaporative demand is a function of temperature and humidity (VPD) as well as windspeed and radiation (ETo). Generally, as temperatures increase, without an increase in humidity, evaporative demand increases, thus placing additional demand for moisture on the earth's surface.

Via these pathways, climate change can affect—and has affected—three determinants of burned area in the WUS: (1) fuels, (2) fire weather, and (3) ignitions.

### *Fuel Aridity*

Western Oregon is a *flammability-limited* region, which are areas where there is ample fuel, but historically fuel moisture has been too high to support fire. Here, increases in fuel aridity can lead to increased fire activity. Notably, research has demonstrated that the frequency of large fire increases with vegetation dryness [42]. Climate change can increase fuel aridity by decreasing both live fuel moisture content (LFMC) and dead fuel moisture content (DFMC).

LFMC is the moisture in living vegetation and is thus related to drought. Increases in atmospheric evaporative demand can lead to or exacerbate drought conditions by evaporating surface soil moisture and stressing vegetation [38,39,41,43]. In these conditions, LFMC falls in vegetation as root-zone soil moisture falls. Plants may close stomata to avoid water loss, but still have to do some photosynthesis, so may face water loss [44].

Additionally, low soil moisture and high evaporative demand decrease DFMC. DFMC is measured for different types of fuels, ranging from fine fuels (e.g. grasses) to thicker fuels (e.g. dead trees). Notably, DFMC falls faster in fine fuels (i.e. fine fuels dry out faster). There is an increasing trend in DFMC falling below 10% in fine fuels, which has been identified as a critical threshold for fire activity [45]; this has been shown to be associated with greater burned area. Additionally, increased temperatures from climate change stress trees, making them more susceptible to bark beetle outbreaks, which then can kill the trees. This effectively transitions biomass from live to dead biomass. Climate change reduces the DFMC, thus resulting in more energetic, intense fires [46,47].

### *Fire weather*

Fire weather is an important determinant of fire activity. In WUS forests, average Fire Weather Index (FWI) in a year, as well as multiple days of elevated fire weather—or 'fire weather waves'—have been shown to correlate significantly with total BA in this region[48,49].

There has been an observed increase in fire weather in WUS forests over the past two decades [48–50], and climate change has increased both the likelihood and intensity of fire weather in this region [51–60]. Specifically, years with extreme fire weather metrics in forested areas for the WUS are 2-4 times more likely today than without climate change [52]. At least two-thirds of the increasing trend in VPD, which controls fire weather, is due to climate change [60]. Moreover there has been an increase in nighttime fire activity because of increases in nighttime VPD due to warming [61]. Research has also identified a large increase in BA in WUS forests following heatwaves[55], with an increase in forested BA associated with heatwaves over time. Finally, increased warmer and drier fire seasons are leading to greater fire severity (i.e. more intense fires) in WUS forests[62].

### *Ignitions*

Most fire ignitions occur with dead fine fuels, which respond fastest to high evaporative demand[63]. Notably, even if there is a potential ignition source (e.g. firework, cigarette), if there is insufficient fuel load and fuel aridity, the source will not lead to an ignition (i.e. fire won't 'catch').

## Observed trends in human ignitions

Despite concerted efforts to improve public awareness regarding fire risk, human behavior seems to show little sensitivity to these efforts. First, red flag warnings have been shown to have no effect on 'elastic' human ignitions (i.e. those tied to behavior) [64], meaning there is no significant difference in ignitions on days with versus without red flag warnings. Second, in the Pacific Northwest, there is generally an increase in human ignitions of fires during heatwaves [55].

## Overall Effect on BA, Fire Suppression, and Recovery Costs

Via the pathways described above, climate change has led to greater burned area in WUS forests [38,48,52,54,65–68]. Specifically, climate change has resulted in a doubling of burned area in WUS forests[38]. Accompanying the increase in burned area is an increase in forest carbon emissions [66,69].

There has also been increasing costs of fire suppression over the past few decades[70]. Fire weather conditions strongly influence the effectiveness of initial suppression efforts, where the fires that escape those initial efforts mostly happen when fuels are dry and with critical fire weather conditions. As climate change has significantly increased the portion of days that fall into these categories, by logic it has facilitated more opportunities for ignitions to become large fires.

Notably, the combination of high aridity and fire weather with high fuel loads from historical fire suppression results in more intense fires, with implications for ecosystem recovery post-fire[62],

and greater impacts on ecosystem and thus poorer recovery, which has been seen already for this area[71].

## 3. The Flat Fire

The ignition occurred in a patch of dry grass surrounded by trees. The final perimeter of the Flat Fire encompassed an area that is 58% forest and 39% scrub and shrub (Fig. 1a). Around 50% of the total burned area occurred in the first 5 days of the fire (Fig. 1b,c).

On the day of the ignition (July 15, 2023), maximum temperature over the extent of the resulting fire perimeter was 39.0°C (102.1°F). This was the third day of a dry heatwave: temperatures were 36.2°C, 40.6°C, and 39.0°C (97.1°F, 105.0°F, and 102.1°F) on July 13, 14, and 15, respectively, at the location of ignition (Fig. 2)[1], and VPD elevated well above the normal range for July for this region (Fig. 2). Note, climatological July values (specifically, average July values over 1979-2025) in this area are 31.8°C (89.2°F). Thus, temperatures were substantially elevated during the days leading up to the fire (Fig. 2). Furthermore, both 100-hour and 1000-hour fuel moisture were anomalously low leading up to the fire (Fig. 2). These measures of fuel moisture correspond to the amount of time it would take for 2/3s of the dead fuel to respond to atmospheric conditions; for example, grasses and leaves take around 10 hours, so 10-hour fuel moisture is most apt, while fallen dead trees can take 1000 hours. Moreover, energy release component—a measure of how intensely a fire can burn—was elevated. These conditions—Tmax, VPD, ERC, 100-hr and 1000-hr fuel moisture—remained anomalous throughout those first five days of the fire.

Notably, over the past four decades at this location, July Tmax, VPD, and ERC have increased while 100-hr and 1000-hr fuel moisture have decreased (Fig. 3). This is in line with the observed trends described in section 2.

Windspeed was elevated on the day of the ignition, though was not outside of the ‘normal range’ (defined by the standard deviation around the long-term mean) (Fig. 2). Indeed, station data shows a similar result for both average and maximum windspeeds (Fig. 4). However, windspeed then increased in the days following (Fig. 2).

Notably, there was no red flag warning on July 15. However, the forecast discussion from the Medford office said conditions were close to red flag conditions west of the Cascades. Then, by Sunday the 16th the NWS issued RFW for the fire region due to critically low humidity, mentioning that the heatwave had led to an accelerated drying of fuels (Appendix C).

---

[1] Note, station data reports Tmax (i.e. highest daily temperature) as 98.0F, 81.0F, and 98.0F for Agness, Bald Knob Lookout, and Quail Prarie Lookout for July 15, 2026.




Figure 1. (a) Dominant land cover type for the final extent of the Flat Fire. Land cover data from the National Land Cover Database (NLCD) for 2023, reclassified to dominant land cover types. (b) Map of interpolated daily progression of Flat Fire. Values derived from VIIRS (remote sensing data)[2]. (c) Cumulative percent of total burned area (BA) associated with the Flat Fire.




Figure 2. Meteorological and fire weather conditions at the point of ignition from July 1-31, 2023. Shown for: maximum temperature (Tmax, degrees Celsius), vapor pressure deficit (VPD, in kPa), windspeed (in meters-per-second), 100-hour and 1000-hour fuel moisture (FM100 and FM1000, in percent), and energy release component (ERC, unitless). Values are derived using gridMET data. Red line is values for 2023 while black line is climatological average values

[2] I retrieved data from NASA VIIRS, which is a remote sensing-derived estimate of fire hotspots. I cropped the data to the fire perimeter and accounted for date of capture. I then converted the shapefile to a raster, and used inverse distance weighting (IDW) to gap fill the resulting raster. Thus, panel b should be used for illustrative purposes only.

(from a 1979-2025 baseline). Gray shading indicates 1 standard deviation. Gray dotted line indicates date of ignition.




Figure 3. Timeseries of meteorological and fire weather conditions at the point of ignition. Shown for: maximum temperature (Tmax, degrees Celsius), vapor pressure deficit (VPD, in kPa), windspeed (in meters-per-second), 100-hour and 1000-hour fuel moisture (FM100 and FM1000, in percent), and energy release component (ERC, unitless). Values are derived using gridMET data. Black line shows average July values for each year from 1979-2025, while blue line is a smoothed best fit line (LOESS).




Figure 4. Average and maximum windspeed for the Agness RAWS station. Black line shows climatological average values (calculated for 1990-2023) while red line shows values in 2023. Gray dotted line indicates date of ignition.

# 4. Statement of Opinion

Based upon the relevant scientific literature (section 2) and the conditions leading up to and during the Flat Fire (section 3), my opinion is as follows.

First, the ignition source (the firework) may have been more likely to constitute a successful ignition due to climate change. The fine fuels at the ignition site were likely drier due to climate change. Ignition potential is partially a function of fuel moisture. Fuel moisture for these fuels will be a function of local Tmax and VPD, which were both elevated in the three days leading up to the ignition. Climate change has been shown to increase Tmax and VPD in this region, as well as make heatwaves more likely and more intense. Thus, absent climate change, it is possible that the ignition source would not have been a successful ignition.

Second, assuming the ignition was successful, in a world without climate change, it is possible that Mr. Stallard's initial efforts to put out the fire could have been successful. The low fuel moisture and high energy release component at the ignition site on July 15 would have resulted in a more energetic fire which, coupled with winds, would have been a faster moving fire.

Third, a fire today is more likely to result in greater burned area than in a counterfactual, preindustrial climate. The heatwave and elevated VPD, and resulting low fuel moisture and high ERC, in the days prior to, and the day of, the ignition are likely in part due to climate change. By extension, climate change likely contributed to the overall size and intensity of the fire.

The Flat Fire resulted from multiple necessary yet insufficient conditions. Put another way, there was no one cause of the fire. Like any fire, this fire had multiple contributing factors, including

the ignition source, the drier-than-normal fuels, and the hotter-and-drier atmospheric conditions. While this fire would not have occurred without the ignition source, it also likely would not have been as difficult to suppress, burn as intensely, or end up as large as it did were it not for climate change.

It is possible to quantify the contribution of different entities to observed climate change; ranging from ¼ of all historical fossil fuel emissions due to the US to 70% of industrial emissions to fossil fuel and cement entities. Hence, by extension, the fire would likely also not have been as large, difficult to suppress, or intense were it not for these emissions.

Signed this 28 of October, 2026, in Oakland, California.



Emily L Williams

# 5. References


1. IPCC. Climate Change 2023: Synthesis Report. Contribution of Working Groups I, II and III to the Sixth Assessment Report of the Intergovernmental Panel on Climate Change. 184 https://www.ipcc.ch/report/ar6/syr/ (2023) doi:10.59327/IPCC/AR6-9789291691647.
2. NASA. Scientific Consensus - NASA Science. https://science.nasa.gov/climate-change/scientific-consensus/ (2026).
3. Friedlingstein, P. et al. Global Carbon Budget 2025. Earth Syst. Sci. Data **18**, 3211–3288 (2026).
4. Erb, M. & Marland, G. Global, Regional, and National Fossil-Fuel CO2 Emissions: 1750-2022 CDIAC-FF. Research Institute for Environment, Energy, and Economics, Appalachian State University (2026).
5. Burger, M., Wentz, J. & Horton, R. The Law and Science of Climate Change Attribution. Columbia J. Environ. Law **45**, 57 (2020).
6. Callahan, C. W. Extreme Heat and Rainfall Risk Attributed to Cumulative CO2 Emissions From Fossil Fuel Producers. Earths Future **14**, e2026EF008278 (2026).
7. Callahan, C. W. & Mankin, J. S. National attribution of historical climate damages. Clim. Change **172**, 40 (2022).
8. National Research Council. Attribution of Extreme Weather and Climate Events and Their Impacts Report Release Webinar. (The National Academies Press, Washington, D.C., 2026).
9. Quilcaille, Y. et al. Systematic attribution of heatwaves to the emissions of carbon majors. Nature **645**, 392–398 (2025).
10. Williams, E. L. et al. Carbon emissions exacerbating the Western US water crisis. Commun. Earth Environ. **7**, 675 (2026).
11. Williams, E. Attributing blame?—climate accountability and the uneven landscape of impacts, emissions, and finances. Clim. Change **161**, 273–290 (2020).
12. Williams, E. Interrogating the ‘Science of Climate Accountability’: Allocating Responsibility for Climate Impacts Within a Frame of Climate Justice. (University of California, Santa Barbara, 2022).
13. Shue, H. Responsible for what? Carbon producer CO2 contributions and the energy transition. Clim. Change **144**, 591–596 (2017).
14. Neumayer, E. In defence of historical accountability for greenhouse gas emissions. Ecol. Econ. **33**, 185–192 (2000).
15. Heede, R. Tracing anthropogenic carbon dioxide and methane emissions to fossil fuel and cement producers, 1854–2010. Clim. Change **122**, 229–241 (2014).
16. InfluenceMap. Carbon Majors. (2024).
17. Sadai, S. et al. Estimating the sea level rise responsibility of industrial carbon producers. Environ. Res. Lett. **20**, 044012 (2025).
18. Franta, B. Early oil industry knowledge of CO2 and global warming. Nat. Clim. Change **8**, 1024–1025 (2018).
19. Franta, B. Early oil industry disinformation on global warming. Environ. Polit. **30**, 663–668 (2021).
20. Frumhoff, P. C., Heede, R. & Oreskes, N. The climate responsibilities of industrial carbon producers. Clim. Change **132**, 157–171 (2015).

21. Dunlap, R. E. & Brulle, R. J. Sources and amplifiers of climate change denial. in Research Handbook on Communicating Climate Change 49–61 (Edward Elgar Publishing, 2020).
22. Erickson, P., Down, A., Lazarus, M. & Koplow, D. Effect of subsidies to fossil fuel companies on United States crude oil production. Nat. Energy **2**, 891–898 (2017).
23. Kotchen, M. J. The producer benefits of implicit fossil fuel subsidies in the United States. Proc. Natl. Acad. Sci. **118**, e2011969118 (2021).
24. Brulle, R. J. Networks of Opposition: A Structural Analysis of U.S. Climate Change Countermovement Coalitions 1989–2015. Sociol. Inq. **91**, 603–624 (2021).
25. Supran, G. & Oreskes, N. Assessing ExxonMobil's climate change communications (1977–2014). Environ. Res. Lett. **12**, 084019 (2017).
26. Williams, E. L., Bartone, S. A., Swanson, E. K. & Stokes, L. C. The American electric utility industry's role in promoting climate denial, doubt, and delay. Environ. Res. Lett. **17**, 094026 (2022).
27. Dunlap, R. E. & McCright, A. M. Organized climate change denial. in The Oxford Handbook of Climate Change and Society vol. 1 144–160 (OUP Oxford, 2011).
28. Dessler, A. & Kopp, R. Climate Experts' Review of the DOE Climate Working Group Report. https://essopenarchive.org/doi/full/10.22541/essoar.175745244.41950365/v1 (2025).
29. Bradstock, R. A. A biogeographic model of fire regimes in Australia: current and future implications. Glob. Ecol. Biogeogr. **19**, 145–158 (2010).
30. National Park Service. Wildland Fire Behavior. https://www.nps.gov/articles/wildland-fire-behavior.htm (2017).
31. Parks, S. A. et al. Wildland fire deficit and surplus in the western United States, 1984–2012. Ecosphere **6**, 1–13 (2015).
32. Vinyeta, K. Under the guise of science: how the US Forest Service deployed settler colonial and racist logics to advance an unsubstantiated fire suppression agenda. Environ. Sociol. **8**, 134–148 (2022).
33. Philip, S. Y. et al. Rapid attribution analysis of the extraordinary heat wave on the Pacific coast of the US and Canada in June 2021. Earth Syst. Dyn. **13**, 1689–1713 (2022).
34. Wang, C., Zheng, J., Lin, W. & Wang, Y. Unprecedented Heatwave in Western North America during Late June of 2021: Roles of Atmospheric Circulation and Global Warming. Adv. Atmos. Sci. **40**, 14–28 (2023).
35. Chiang, F., Greve, P., Mazdiyasni, O., Wada, Y. & AghaKouchak, A. Intensified Likelihood of Concurrent Warm and Dry Months Attributed to Anthropogenic Climate Change. Water Resour. Res. **58**, e2021WR030411 (2022).
36. Pan, R., Li, W., Wang, Q. & Ailiyaer, A. Detectable Anthropogenic Intensification of the Summer Compound Hot and Dry Events Over Global Land Areas. Earths Future **11**, e2022EF003254 (2023).
37. Zeng, J. et al. Comparison of the risks and drivers of compound hot-dry and hot-wet extremes in a warming world. Environ. Res. Lett. **19**, 114026 (2024).
38. Abatzoglou, J. T. & Williams, A. P. Impact of anthropogenic climate change on wildfire across western US forests. Proc. Natl. Acad. Sci. **113**, 11770–11775 (2016).
39. Williams, A. P. et al. Large contribution from anthropogenic warming to an emerging North American megadrought. Science **368**, 314–318 (2020).
40. Williams, E. L. & Abatzoglou, J. T. Climate Change Increases Evaporative and Crop Irrigation Demand in North America. Earths Future **13**, e2025EF005931 (2025).

41. Zhuang, Y. et al. Anthropogenic warming has ushered in an era of temperature-dominated droughts in the western United States. Sci. Adv. **10**, eadn9389 (2024).
42. Williams, A. P. et al. Observed Impacts of Anthropogenic Climate Change on Wildfire in California. Earths Future **7**, 892–910 (2019).
43. Williams, E. L., Abatzoglou, J. T., Hegewisch, K. C. & Williams, A. P. Anthropogenic climate change has reduced drought recovery probabilities across the western US. Commun. Earth Environ. **5**, 1–9 (2024).
44. Novick, K. A. et al. The impacts of rising vapour pressure deficit in natural and managed ecosystems. Plant Cell Environ. https://doi.org/10.1111/pce.14846 (2024) doi:10.1111/pce.14846.
45. Ellis, T. M., Bowman, D. M. J. S., Jain, P., Flannigan, M. D. & Williamson, G. J. Global increase in wildfire risk due to climate-driven declines in fuel moisture. Glob. Change Biol. **28**, 1544–1559 (2022).
46. Goodwin, M. J., Zald, H. S. J., North, M. P. & Hurteau, M. D. Climate-Driven Tree Mortality and Fuel Aridity Increase Wildfire's Potential Heat Flux. Geophys. Res. Lett. **48**, e2021GL094954 (2021).
47. Williams, A. P. et al. Temperature as a potent driver of regional forest drought stress and tree mortality. Nat. Clim. Change **3**, 292–297 (2013).
48. Jones, M. W. et al. Global and Regional Trends and Drivers of Fire Under Climate Change. Rev. Geophys. **60**, e2020RG000726 (2022).
49. Yin, C. et al. Fire weather waves drive extreme fires globally. Commun. Earth Environ. https://doi.org/10.1038/s43247-026-03858-5 (2026) doi:10.1038/s43247-026-03858-5.
50. Li, F. et al. Exacerbating risk in human-ignited large fires over western United States due to lower flammability thresholds and greenhouse gas emissions. PNAS Nexus **4**, pgaf012 (2025).
51. Abatzoglou, J. T., Williams, A. P. & Barbero, R. Global Emergence of Anthropogenic Climate Change in Fire Weather Indices. Geophys. Res. Lett. **46**, 326–336 (2019).
52. Abatzoglou, J. T. et al. Climate change has increased the odds of extreme regional forest fire years globally. Nat. Commun. **16**, 6390 (2025).
53. Fan, X. et al. Escalating Hot-Dry Extremes Amplify Compound Fire Weather Risk. Earths Future **11**, e2023EF003976 (2023).
54. Feng, S., Zscheischler, J., Hao, Z. & Bevacqua, E. Growing human-induced climate change fingerprint in regional weekly fire extremes. Npj Clim. Atmos. Sci. **8**, 152 (2025).
55. Kalashnikov, D. A. et al. Heatwaves enable wildfire activity in the western United States. Sci. Adv. **12**, eaea1277 (2026).
56. Liu, Z. et al. Global assessment of historical changes in extreme fire weather: Insight from CMIP6 ensembles and implications for probabilistic attribution to global warming. Glob. Planet. Change **252**, 104822 (2025).
57. Queen, L. E. et al. Fingerprint of anthropogenic climate change detected in long-term western North American fire weather trends. Commun. Earth Environ. **6**, 387 (2025).
58. Tett, S. F. B. et al. Anthropogenic Forcings and Associated Changes in Fire Risk in Western North America and Australia During 2015/16. Bull. Am. Meteorol. Soc. **99**, S60–S64 (2018).
59. Yin, C. et al. Increasing synchronicity of global extreme fire weather. Sci. Adv. **12**, eadx8813 (2026).

60. Zhuang, Y., Fu, R., Santer, B. D., Dickinson, R. E. & Hall, A. Quantifying contributions of natural variability and anthropogenic forcings on increased fire weather risk over the western United States. Proc. Natl. Acad. Sci. **118**, e2111875118 (2021).
61. Balch, J. K. et al. Warming weakens the night-time barrier to global fire. Nature **602**, 442–448 (2022).
62. Parks, S. A. & Abatzoglou, J. T. Warmer and Drier Fire Seasons Contribute to Increases in Area Burned at High Severity in Western US Forests From 1985 to 2017. Geophys. Res. Lett. **47**, e2020GL089858 (2020).
63. Clarke, H. et al. Gazing into the flames: A guide to assessing the impacts of climate change on landscape fire. Sci. Adv. **11**, eadz2429 (2025).
64. Abatzoglou, J. T. et al. The Efficacy of Red Flag Warnings in Mitigating Human-Caused Wildfires across the Western United States. J. Appl. Meteorol. Climatol. **63**, 1511–1521 (2024).
65. Dahl, K. A. et al. Quantifying the contribution of major carbon producers to increases in vapor pressure deficit and burned area in western US and southwestern Canadian forests. Environ. Res. Lett. **18**, 064011 (2023).
66. Zheng, B. et al. Record-high CO2 emissions from boreal fires in 2021. Science **379**, 912–917 (2023).
67. Turco, M. et al. Anthropogenic climate change impacts exacerbate summer forest fires in California. Proc. Natl. Acad. Sci. **120**, e2213815120 (2023).
68. Burton, C. et al. Global burned area increasingly explained by climate change. Nat. Clim. Change **14**, 1186–1192 (2024).
69. Jones, M. W. et al. Global rise in forest fire emissions linked to climate change in the extratropics. Science **386**, eadl5889 (2024).
70. Bayham, J., Yoder, J. K., Champ, P. A. & Calkin, D. E. The Economics of Wildfire in the United States. Annu. Rev. Resour. Econ. **14**, 379–401 (2022).
71. Coop, J. D. et al. Wildfire-Driven Forest Conversion in Western North American Landscapes. BioScience **70**, 659–673 (2020).

# 6. Appendices

**Appendix A. CV.**

**Emily L. Williams**
emilylwilliams@proton.me

**POSTDOCTORAL APPOINTMENT**

May 2023 — Current  Postdoctoral Scientist, Climatology Lab & Earth Institute, University of California Merced

**EDUCATION**

2022  PhD, Geography, University of California Santa Barbara
Interdepartmental PhD Emphases:
1) Climate Sciences & Climate Change
2) Environment & Society

2013  B.S., Environmental Studies, University of California Santa Barbara

**HONORS & AWARDS**

2022  Winifred and Louis Lancaster Dissertation Award
*University of California Santa Barbara*

2016–2019  Graduate Research Fellowship Program (GRFP)
*National Science Foundation*

**PEER-REVIEWED ARTICLES**

**Williams, E.L.,** Abatzoglou, J.T., Phillips, C.A., Safeeq, M., Sadai, S., Chegwidden, O.S., Fernandez-Bou, A.S., Merner, L.D., Ortiz-Partida, J.P. (2026). Carbon Emissions Exacerbating the Western US Water Crisis. *Commun Earth Environ 7, 675 (2026).* *https://doi.org/10.1038/s43247-026-03900-6*

Kalashnikov, D. A., Abatzoglou, J. T., **Williams, E. L.**, Yin, C., Guarzada, M., Kumar, M., Thomas, A. P., Ebiendele, P. E. (2026). Heatwaves enable wildfire activity in the western United States. *ScienceAdvances, 12(25), eaea1277.*

**Williams, E. L.**, & Abatzoglou, J. T. (2025). Climate change increases evaporative and crop irrigation demand in North America. *Earth's Future*, *13*(7), e2025EF005931.

Abatzoglou, J. T., Kolden, C. A., Cullen, A. C., Sadegh, M., **Williams, E. L**., Turco, M., & Jones, M. W. (2025). Climate change has increased the odds of extreme regional forest fire years globally. *Nature Communications*, 16(1), 6390.

Fernandez-Bou, A. S., Rodriguez-Flores, J. M., Ortiz-Partida, J. P., Fencl, A., Classen-Rodriguez, L. M., Yang, V., **Williams, E.L.**, ... & Nuñez-Bolaño, Y. (2025). Cropland repurposing as a tool for water sustainability and just land transition in California: review and best practices. *Frontiers in Water*, 7, 1510413.

Jorge, A. L., Abatzoglou, J. T., Fleishman, E., **Williams, E. L.**, Rupp, D. E., Jenkins, J. S., ... & Short, K. C. (2025). COVID-19 fueled an elevated number of human-caused ignitions in the western United States during the 2020 wildfire season. *Earth's Future*, 13(4), e2024EF005744.

Abatzoglou, J. T., Parker, L. E., Viers, J. H., Medellín-Azuara, J., Escriva-Bou, A., Huntington, J. L., **Williams, E.L.,** & Rajagopalan, K. (2025). Shorter growing seasons may moderate climate change effects on crop water demands. Environmental Research Letters, 20(3), 034017.

Abatzoglou, J. T., Fleishman, E., **Williams, E. L.**, Rupp, D. E., Jenkins, J. S., & Sadegh, M. (2024). The Efficacy of Red Flag Warnings in Mitigating Human-Caused Wildfires across the Western United States. Journal of Applied Meteorology and Climatology, 63(12), 1511-1521.

**Emily L. Williams**
emilylwilliams@proton.me

**Williams, E. L.,** Abatzoglou, J. T., Hegewisch, K. C., & Williams, A. P. (2024). Anthropogenic climate change has reduced drought recovery probabilities across the western US. Communications Earth & Environment, 5(1), 546.

**Williams, E.**, Funk, C., Peterson, P., & Tuholske, C. (2024). High resolution climate change observations and projections for the evaluation of heat-related extremes. Scientific Data, 11(1), 261.

**Williams, E. L.**, Funk, C., & Shukla, S. (2023). Anthropogenic climate change negatively impacts vegetation and forage conditions in the greater four corners region. Earth's Future, 11(7), e2022EF002943.

Funk, C., Harrison, L., Segele, Z., Rosenstock, T., Steward, P., Anderson, C. L., … **Williams, E.L.,** ... & Hughes, D. (2023). Tailored forecasts can predict extreme climate informing proactive interventions in East Africa. Earth's Future, 11(7), e2023EF003524.

**Williams, E. L.**, Bartone, S. A., Swanson, E. K., & Stokes, L. C. (2022). The American electric utility industry's role in promoting climate denial, doubt, and delay. Environmental Research Letters, 17(9), 094026.

Pellow, D. N., **Williams, E.**, & Rizo-Centino, A. R. (2022). Collaborative Research and Action for Climate Justice in California. Capitalism Nature Socialism, 1-18.

**Williams, E.** (2019). Attributing blame?—climate accountability and the uneven landscape of impacts, emissions, and finances. Climatic Change, 1-18.

**Williams, E.**, Funk, C., Shukla, S., McEvoy, D. (2020). Quantifying Human-Induced Temperature Impacts on the 2018 United States Four Corners Hydrologic and Agro-Pastoral Drought. Bulletin of the American Meteorological Society, 101(1), S11-S16.

Brown, M. E., Funk, C., Pedreros, D., Korecha, D., Lemma, M., Rowland, J., **Williams, E.L.**, & Verdin, J. (2017). A climate trend analysis of Ethiopia: examining subseasonal climate impacts on crops and pasture conditions. Climatic Change, 142(1), 169-182.

**OTHER PUBLICATIONS**

Abatzoglou, J. T., **Williams, E. L.**, Almeida, P., Classen-Rodriguez, L. M., Fan, Q., Fernandez-Bou, A. S., Ha, S., Jorge, A., Kalashnikov, D. A., Markolf, S. A., Medellín-Azuara, J., Ortiz-Partida, J. P., Parker, L. E., Vásquez, J., & Vera, D. (2026). San Joaquin Valley Regional Report (California's Fifth Climate Change Assessment). University of California, Merced. https://www.climateassessment. ca.gov/2807/

**Williams, E.**, Burnette, D., Sanchez, E., Verchot, L., (2025). Comment on the DOE CWG report, Section 6.7: Drought. In A.E. Dessler and R.E. Kopp (Ed.), Climate Experts' Review of the DOE Climate Working Group Report (pp. 162-173). DOI: 10.22541/essoar.175745244.41950365/v2, https://doi.org/10.22541/essoar.175745244.41950365/v2

Delta Merner, PhD; Carly A. Phillips, PhD; William S. Beckett, MD, MPH; Charles A. Brown, PE; Robert Byron, MD; Johnnie Chamberlin, PhD; Allan Frei, PhD; Dargan M. W. Frierson, PhD; Warren G. Lavey, JD; Grace Lindsay, PhD; Murray H. Loew; Paasha Mahdavi, PhD; Carlos Martinez, PhD; Adele Simmons; Christina Tonitto, PhD; **Emily L. Williams, PhD**; and Gary W. Yohe, PhD. 2026. Climate Science in Legal Contexts. https://doi.org/10.47923/2026.16135

Schneider, S., Trencher, G., Bsumek, P.K., Downie, C., Gellert, P.K., Mattioli, G., Monois, J., Newell, P., Peeples, J., Wesseling, J., **Williams, E.L.**, Wishart, R., Youriev, B. Chapter 3. How Coal, Utilities, and Transportation Impede Climate Action. *In: Climate Obstruction: A Global Assessment.* Eds., Roberts, J.T., Milani, C.R.S., Jaquet, J., Downie, C. (2025)

**Emily L. Williams**
emilylwilliams@proton.me

**PRESENTATIONS AND LECTURES**

| | |
|---|---|
| Oct 2026 | Presentation, Development of the Climate Attribution Toolbox: A Source-to-Impact Attribution Platform for Quantifying Local Climate Impacts. AGU Fall Meeting. San Francisco, CA. *(scheduled)* |
| Oct 2026 | Presentation, UW Atmospheric and Climate Science Colloquium. *(scheduled)* |
| Jun 2026 | Presentation, Carbon Emissions Exacerbating the Western US Water Crisis. Second Conference on Attribution Science and Climate Law, Columbia University, New York. |
| Jun 2026 | Presentation, The Weather & Climate Livestream. https://wclivestream.com/ |
| Jan 2026 | Lecture, From Water Woes to Smoky Air: Climate Change and the Central Valley. Modesto Area Partners in Science (MAPS), Modesto Junior College |
| Dec 2025 | Presentation, “Impacts on Western US Water Attributable to Carbon Majors Emissions.” AGU Fall Meeting. New Orleans, LA. |
| Dec 2025 | Co-convener, “Advancing Climate Attribution Science for Extreme Events, Associated Impacts, and Applications for Climate Justice.” AGU Fall Meeting. New Orleans, LA. |
| June 2025 | Panelist. The State of Climate Attribution Science. The Wendy and Eric Schmidt Center Data Science and Environment. UC Berkeley. |
| March 2025 | Presentation, Environmental Law, Experienced Assignment Course. Judicial Council of California, San Francisco, CA. |
| Dec 2024 | Co-convener, “Advances in Quantifying and Attributing Climate Impacts and Damages to Inform Climate Risk Management and Litigation.” AGU Fall Meeting. Washington D.C. |
| Dec 2023 | Presentation, “Anthropogenic climate change negatively impacts vegetation and forage conditions in the greater four corners region.” AGU Fall Meeting. San Francisco, CA. |
| Dec 2023 | eLightning Talk, “Anthropogenic climate change reduces drought recovery probabilities across the Western US.” AGU Fall Meeting. San Francisco, CA. |
| Oct 2023 | Presentation, “‘When will the drought end?’: How climate change is shifting drought recovery probabilities for Yosemite National Park.” Annual Hydroclimate Meeting, Yosemite National Park. |
| Dec 2021 | Discussant, "Climate Litigation Relevant Research: Hazards, Impacts, and Attribution Science." AGU Fall Meeting. |

**PROFESSIONAL ASSOCIATIONS**

Member of *American Geophysical Union (AGU)*

**PREVIOUS EXPERT WITNESS EXPERIENCE**

N/A

**Appendix B. Fee schedule.**

My rate for expert witness work is $225 per hour. I put 22 hours into creating this report. Hence, I have invoiced for $4950.00 for the report preparation.

**Appendix C. Forecast Discussion from the Medford NWS Office**

The following are experts from the forecast discussion from the Medford NWS office. I have added highlights to relevant dates and facts.

Area Forecast Discussion
National Weather Service Medford OR
907 AM PDT Sun Jul 16 2023

FIRE WEATHER...

Another day with temperatures topping out in the upper 90s to triple digits. Overnight humidity values will be poor to moderate, and this may lead to RH values on the eastside reaching the critical threshold today, but the wind speeds may not be there for critical fire weather conditions. Tomorrow is very similar, but the wind speeds may be slightly stronger with the passage of an upper level trough. The Fire Weather Watch for tomorrow may be conditional on these variables overlapping, and this is not a slam dunk by any means. That said, after several days of hot temperatures resulting in accelerating drying, and at times breezy wind speeds may lead to the watch being upgraded. That said, going to leave the watch for now to get another round of data in to help make the decision easier.

&&

FIRE WEATHER...Updated 230 PM PDT Saturday, July 15, 2023...The upper level ridge with thermal trough at the surface pattern continues through the weekend, with hot temperatures and moderate to poor recoveries along the upper slopes and ridges under east flow with low daytime humidities for almost all inland locations. Humidities are forecast to reach critical values for

areas east of the Cascades each afternoon, but winds should remain relatively light compared to recent days. Conversely, winds are expected to reach their critical values west of the Cascades (at both valleys and ridges), but humidities should stay just above critical values. So through Sunday conditions will be close, but not quite to red flag conditions.

&&

Area Forecast Discussion
National Weather Service Medford OR
853 PM PDT Sat Jul 15 2023

.DISCUSSION...Satellite imagery is showing a new wildfire growing in size near Agness this evening. The smoke plume is quite noticeable in the western sky this evening from my vantage point here at the office. The smoke is mixing in with cirrus arriving from the Pacific, and marine stratus is evident along the coast. The forecast remains unchanged for this evening. Today's high temperatures were in the low 100s for most west side valleys -- 101F at Roseburg, 102F here in Medford. Montague came in with 107F, good enough for a new record (105 in 1990) and Mt. Shasta City's 100F was also a new record (99 in 1984). Over the East Side, Klamath Falls came in at 97F; Alturas fell just short of a record with 100F (101 in 2014). A heat advisory remains in effect through Sunday evening. It should be a few degrees lower than today over the west side valleys, but similar values to today are expected over the East Side. Some additional cirrus will move in over the area during the afternoon, on return flow around the ridge centered over southern Nevada. Recent CAM guidance shows some mid-level moisture moving in Sunday night over SE sections of the CWA and some simulated radar depictions also show some showers developing within this mid-level moisture plume. Low-levels will remain quite dry, so it can be argued that none of this will reach the ground. Instability parameters are weak, though there is some elevated CAPE. We've added a slight chance of showers to areas around the Warners for this Sunday night into the wee hours of Monday morning, but odds stand at around 10-20%.

Retrieved from:
https://mesonet.agron.iastate.edu/cgi-bin/afos/retrieve.py?pil=AFDMFR&sdate=2023-07-14&edate=2023-07-17&limit=9999&fmt=text